FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Tkw DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8980

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Enrique LLAUSAS-Garcia,<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about December 12, 2007, within the Southern District of California, defendant Enrique LLAUSAS-Garcia did knowingly and intentionally import approximately 25.48 kilograms (56.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sara Galvan, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 13th DAY OF DECEMBER, 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Enrique LLAUSAS-Garcia

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Sara Galvan.

On December 12, 2007, Enrique LLAUSAS-Garcia entered the United States at the Calexico West, California Port of Entry. LLAUSAS-Garcia was the driver and sole occupant of a 1992 Pontiac Grand AM. United States Customs and Border Protection Officer (CBPO) Apolinar was conducting a pre-primary operation as LLAUSAS-Garcia was waiting to seek admission. Canine Enforcement Officer (CEO) Jones notified CBPO Apolinar that his Human/Narcotic Detector Dog (HNDD) had alerted to the green 2002 Pontiac which LLAUSAS-Garcia was driving. CBPO Apolinar received a negative Customs declaration. CBPO Apolinar asked Enrique LLAUSAS-Garcia who was the owner of the vehicle and LLAUSAS-Garcia responded it belonged to his boss. CBPO Apolinar asked LLAUSAS-Garcia if today was the first time he was driving the 2002 Pontiac Grand AM across the border and Enrique LLAUSAS-Garcia stated it was. Grand. At this point, CBPO Apolinar escorted LLAUSAS-Garcia and to the vehicle secondary office.

Once in secondary, CBPO Apolinar inspected the vehicle driven by LLAUSAS-Garcia which revealed a total of twenty-one (21) packages concealed on the front and rear bumpers, the driver and the driver's and passenger's side quarter panels. One of the packages was randomly selected and probed by CBPO APolinar producing a a

green leafy substance that tested positive for marijuana. The total weight of the packages was 25.48 kilograms (56.06 pounds).

Special Agents (S/A) Sara Galvan and Timothy Hendersonr interviewed LLAUSAS-Garcia. S/A Galvan read LLAUSAS-Garcia his constitutional rights per Miranda, in Spanish, with S/A Henderson present as a witness. LLAUSAS-Garcia stated he had full knowledge of the controlled substances within the 2002 Pontiac Grand AM. LLAUSAS-Garcia stated he was supposed to drop off the vehicle at the "AA" parking in Calexico, CA and would return to Mexicali, B.C. Mexico. LLAUSAS-Garcia further admitted that tomorrow, he would return to the "AA" parking, pick up the 2002 Pontiac Grand AM and transported it to an unknown location in San Diego, CA. LLAUSAS-Garcia admitted that he would receive $1,000.00 US dollars for successfully transporting the marijuana on December 12, 2007 and an additional $1,000.00 US dollars for successfully delivering the marijuana to an unknown location in San Diego, CA on December 13, 2007.